# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

DAVID K. OAKS, as personal representative of the Estate of
Alvin Gould, deceased; and PAUL M. COWAN & ASSOCIATES, P.A.,

Appellants,

v.

GULF COAST COMMUNITY FOUNDATION, INC.,

Appellee.

PAUL M. COWAN & ASSOCIATES, P.A.,

Appellants,

v.

DAVID K. OAKS and GULF COAST COMMUNITY FOUNDATION, INC.,

Appellees.

Nos. 2D2024-2119, 2D24-2141
_____

November 14, 2025

Appeal from the Circuit Court for Sarasota County; Hunter W. Carroll,
Judge.

Manuel A. Celaya and Paul M. Cowan of Paul M. Cowan & Associates,
P.A., Palmetto Bay, for Appellants.

Duane A. Daiker and Hunter G. Norton of Shumaker, Loop & Kendrick,
LLP, Sarasota, for Appellees.

PER CURIAM.

Affirmed.

SILBERMAN, LaROSE, and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.